1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8    Gabriel C. Quintanilla,              )      No.  CV-16-02820-PHX-SPL
                                          )
9                                         )
                   Plaintiff,             )      **ORDER**
10   vs.                                  )
                                          )
11                                        )
     Equifax Information Services, LLC,   )
12                                        )
                                          )
13                 Defendant.             )
                                          )
14   ─────────────────────────────────── )

15          No stipulation to dismiss having been filed, in accordance with the Court's

16   December 20, 2016 Order (Doc. 13),

17          **IT IS ORDERED** that this action is **dismissed with prejudice**.

18          **IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

19          Dated this 23rd day of January, 2017.

20

21                                         _____
                                           Honorable Steven P. Logan
22                                         United States District Judge

23

24

25

26

27

28